GREGORY G. WILLIAMS, Petitioner, v. COMMISSIONER OF INTERNAL REVENUE, Respondent
Williams v. Comm'r
Docket No. 32187-15.
United States Tax Court
2016 U.S. Tax Ct. LEXIS 39; November 18, 2016, Decided
*39 Gregory G. Williams, Primary Petitioner, Pro se.
For Commissioner of Internal Revenue, Respondent: Tammie A. Geier, IRS Office of Chief Counsel, Greensboro, NC.
Michael B. Thornton, Judge.
Michael B. Thornton
DECISION
Pursuant to the determination of the Court as set forth in its bench opinion rendered on October 24, 2016, it is
ORDERED AND DECIDED: That there are deficiencies in income tax and penalties due from petitioner as follows:
Year
Deficiency
Penalty Sec. 6662(a)
2012
$7,543.00
$1,219.00
2013
44,787.00
4,677.00
(Signed) Michael B. Thornton
Judge
ENTERED: NOV 18 2016